HARVEY MURDOCK, Respondent, *v.* HOWARD GOULD, Appellant.

Reported below, 120 App. Div. 888.

(Submitted October 21, 1907; decided October 29, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellant Division of the Supreme Court in the second judicial department, entered June 26, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the action was one to recover for breach of contract for services; that the judgment of the Appellate Division was unanimous and permission to appeal had not been given.

*Frederic R. Kellogg* for motion.

*Nicoll, Anable & Lindsay* opposed.

Motion denied, with ten dollars costs.